IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Gilbert Saucedo,                          )
                                          )
                Petitioner,               )        No. CV-06-2912-PHX-PGR (MHB)
        vs.                               )
                                          )
D.W. Kimbley, et al.,                     )              ORDER
                                          )
                Respondents.              )
                                          )

        Having reviewed *de novo* the Report and Recommendation of Magistrate

Judge Burns in light of the petitioner's letter to the Magistrate Judge filed on

October 30, 2007 (doc. #18), which the Court liberally construes as an objection

to the Report and Recommendation, the Court finds that the Magistrate Judge

correctly concluded that the petitioner's federal habeas petition, filed pursuant to

28 U.S.C. § 2254, should be dismissed as time-barred because the record clearly

establishes that all of the petitioner's claims were filed after the expiration of the

limitations period of 28 U.S.C. § 2244(d)(1) and that no grounds exist to equitably

toll the limitations period.  Therefore,

        IT IS ORDERED that the Magistrate Judge's Report and Recommendation

(doc. #17) is accepted and adopted by the Court.

        IT IS FURTHER ORDERED that the petitioner's Petition for Writ of Habeas

Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254 is denied and that this action is dismissed with prejudice as time-barred.  The Clerk of the Court shall enter judgment accordingly.

DATED this 8th day of November, 2007.


Paul G. Rosenblatt
United States District Judge