**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gilbert Saucedo,<br><br>　　　　　Petitioner,<br>　　vs.<br><br>D.W. Kimbley, et al,<br><br>　　　　　Respondents. | No. CV-06-2912-PHX-PGR<br><br>ORDER |

　　　In a judgment (doc. #20) entered on November 8, 2007, the Court dismissed the petitioner's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254, because the petition had been untimely filed. On January 22, 2008, the petitioner filed a request that the Court reduce his state court sentence to time served because he is really sick and wishes to go home in order to get good medical attention. The Court finds that petitioner's request must be denied because this Court has no authority to grant the requested relief. Therefore,

　　　IT IS ORDERED that the petitioner's motion for a reduction of sentence (doc. #21) is denied.

　　　DATED this 24th day of January, 2008.

_____
Paul G. Rosenblatt
United States District Judge